# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>HLES Ohio Inc<br><br>Debtor(s) | In Proceedings<br>Under Chapter 7<br><br>BK 25−40086−mel |

SSN/Individual Taxpayer ID Number (ITIN):    Employer Tax ID Number (ETIN):

26−4283341

## ORDER CLOSING CASE

The above−captioned chapter 7 case having been dismissed by prior order of the Court; the trustee having reported that there are no assets available for distribution to creditors; the trustee having performed all other duties required in the administration of the estate; **IT IS ORDERED** that the report of no distribution is **APPROVED**, the trustee is discharged from and relieved of his/her trust, the sureties on the trustee's bond are released from further liability in the case, and the case is **CLOSED**.

ENTERED: October 6, 2025                                        /s/ Mary E. Lopinot
                                                                                    UNITED STATES BANKRUPTCY JUDGE