# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

HLES Ohio Inc

      Debtor(s)

In Proceedings
Under Chapter 7

BK 25−40086−mel

SSN/Individual Taxpayer ID Number (ITIN):    Employer Tax ID Number (ETIN):

26−4283341

# ORDER CLOSING CASE

The above−captioned chapter 7 case having been dismissed by prior order of the Court; the trustee having reported that there are no assets available for distribution to creditors; the trustee having performed all other duties required in the administration of the estate; **IT IS ORDERED** that the report of no distribution is **APPROVED**, the trustee is discharged from and relieved of his/her trust, the sureties on the trustee's bond are released from further liability in the case, and the case is **CLOSED**.

ENTERED: October 6, 2025

/s/ Mary E. Lopinot
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

In re:                                                                          Case No. 25-40086-mel

HLES Ohio Inc                                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0754-4                          User: ao1492bnc                                Page 1 of 1

Date Rcvd: Oct 06, 2025                       Form ID: 348                           Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | HLES Ohio Inc, PO Box 156, Tiburon, CA 94920-0156 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2025                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dana S Frazier | frazierlaw@frontier.com  il69@ecfcbis.com |
| Robert E Eggmann, III | on behalf of Debtor HLES Ohio Inc ree@carmodymacdonald.com  ala@carmodymacdonald.com;kxd@carmodymacdonald.com |
| United States Trustee | USTPRegion10.es.ecf@usdoj.gov |

TOTAL: 3